**Order entered September 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00098-CV

## AL M. WILLIAMS, Appellant

## V.

## ECOM//WILLMAX BELLAGIO, L.P. D/B/A LADERA, Appellee

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-17458**

## ORDER

Before the Court is appellant's September 8, 2022 motion requesting a sixty-day extension of time to file his amended brief. We **GRANT** the motion **ONLY TO THE EXTENT** that we extend the time to **October 10, 2022**. *We caution appellant that further extension requests will be disfavored.*

/s/    KEN MOLBERG
JUSTICE